UNITED STATES DISTRICT COURT
for the
District of South Carolina

Mishun Tulloch, n/k/a Mishun Washington,
*Plaintiff*
v.

Joseph B Yonce, Jr., as an individual and in his capacity as Trustee of the Desmond Young Trust; Desmond Young; Desmond Young Living Trust; Suelin Lilly-Ammons; David G. Ingalls. Esq.; Sky Homes LLC; Does 1-100, inclusive,
*Defendants*

Civil Action No.   7:18-cv-01634-HMH

)
)
)
)
)
)

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff, Mishun Tulloch, shall take nothing of the defendant Desmond Young, from the complaint filed pursuant to 28 U.S.C. § 1332 and this action is dismissed without prejudice for failure to prosecute.

■ other: the plaintiff, Mishun Tulloch, shall take nothing of the defendant Desmond Young Living Trust, from the complaint filed pursuant to 28 U.S.C. § 1332 and this action is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b).

■ other: summary judgment is entered in favor of defendants Suelin Lilly-Ammons, Sky Homes LLC, Joseph B Yonce, Jr. The plaintiff, Mishun Tulloch, shall take nothing of these defendants as to the complaint filed pursuant to 28 U.S.C. 1332 and the case against these defendants is dismissed with prejudice.

■ other: the plaintiff, Mishun Tulloch, shall take nothing of the defendant, David G Ingalls, as to the complaint filed pursuant to 28 U.S.C. §1332 and this case is dismissed.

This action was *(check one)*:

■ decided by the Honorable Donald C. Coggins, Jr., United States District Judge.

■ decided by the Honorable Henry M Herlong, Jr, Senior United States District Judge, adopting the Report and Recommendation set forth by the Honorable Jacquelyn D. Austin, United States Magistrate Judge, which recommended the dismissal of this action as to Desmond Young Living Trust.

■ decided by the Honorable Henry M Herlong, Jr, Senior United States District Judge, adopting the Report and Recommendation set forth by the Honorable Jacquelyn D. Austin, United States Magistrate Judge, which recommended the dismissal of this action as to David G. Ingalls and granted summary judgment as to Suelin Lilly-Ammons, Sky Homes LLC, Joseph B Yonce, Jr.

Date:   April 14, 2020                              ROBIN L. BLUME, CLERK OF COURT

                                                              s/A. Buckingham
                                                    *Signature of Clerk or Deputy Clerk*